# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Willeford,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>    Defendants. | No. CV-16-00313-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc., Only, with Prejudice (Doc. 39)

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 39) and dismissing Defendant Experian Information Solutions, Inc., **with prejudice,** each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action in its entirety.

**Dated** this 9th day of September, 2016.

_____
Honorable Diane J. Humetewa
United States District Judge